

# Fourth Court of Appeals
## San Antonio, Texas

July 30, 2014

No. 04-14-00265-CV

John **DONOHUE**,
Appellant

v.

Martha **DONOHUE**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CI19573
Honorable David A. Canales, Judge Presiding

### ORDER

In accordance with the court's opinion of this date, the appeal is DISMISSED FOR WANT OF JURISDICTION.

No costs are assessed against appellant because he is indigent.

It is so **ORDERED** on July 30, 2014.

_Marialyn Barnard, Justice_

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of July, 2014.

Keith E. Hottle, Clerk